JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICARDO GASPAR, | ) | Case No. EDCV 09-0042-VAP (OPx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| NDEX WEST, LLC, CHASE HOME FINANCE, LLC, AND DOES 1-50, INCLUSIVE, | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated:  February 10, 2009

VIRGINIA A. PHILLIPS
United States District Judge